ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | **PSN DESIGNATED** |
| ANDREW ASHFORD | **3-19CR-178-B** |

## INDICTMENT

The Grand Jury charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. § 922(g)(1)

On or about January 29, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Andrew Ashford**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith & Wesson 9 millimeter handgun model SD9VE bearing serial number FWJ5362.

In violation of 18 U.S.C. § 922(g)(1), the penalty for which is found at 18 U.S.C. § 924(a)(2).

Indictment—Page 1

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), **Andrew Ashfrod**, the defendant, shall forfeit to the United States of America any firearm involved in the commission of the offense, including, but not limited to, the following: Smith & Wesson 9 millimeter handgun model SD9VE bearing serial number FWJ5362.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
RYAN RAYBOULD
Assistant United States Attorney
District of Columbia Bar No. 502391
Kansas Bar No. 25429
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8713
Facsimile: 214-659-8805
E-mail: ryan.raybould2@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANDREW ASHFORD

INDICTMENT

18 U.S.C. §922(g)(1)
Felon in Possession of a Firearm
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                    FOREPERSON

Filed in open court this _10_ day of April, 2019.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending