IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ANDREW ASHFORD

NO.  3:19-CR-178-B

## MOTION FOR DETENTION

The United States moves for detention of defendant, **Andrew Ashford**, pursuant

to 18 U.S.C. §3142(e) and (f).

1.  Eligibility of Case.   This case is eligible for a detention order because the case

involves (check all that apply):

_____  Crime of violence (18 U.S.C. §3156);

_____  Maximum sentence life imprisonment or death

_____  10 + year drug offense

_____  Felony, with two prior convictions in above categories

__X__  Serious risk defendant will flee

_____  Serious risk obstruction of justice

_____  Felony involving a minor victim

_____  Felony involving a firearm, destructive device, or any other

    dangerous weapon

_____  Felony involving a failure to register (18 U.S.C. § 2250)

_____  Petition for Supervised Release Revocation was filed

**Motion for Detention—Page 1**

2.  <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__  Defendant's appearance as required

    __X__  Safety of any other person and the community

3.  <u>Rebuttable Presumption.</u>  The United States will not invoke the rebuttable presumption against defendant.

    _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____  Previous conviction for "eligible" offense committed while on pretrial bond

4.  <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    _____  At first appearance

    __X__  After continuance of __3__ days (not more than 3).

DATED this __19th__ day of __March__, 2020.

Respectfully Submitted:

ERIN NEALY COX
United States Attorney

/s/ *Russell W. Fusco*
Russell W. Fusco
Assistant United States Attorney
Bar No. 24069743
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699
Telephone:  214-659-8616
Facsimile:  214-659-8809
Email: russell.fusco@usdoj.gov

**Motion for Detention—Page 3**